JINA CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
  ocallaghans@sec.gov
WADE M. RHYNE (Cal. Bar No. 216799)
  rhynew@sec.gov
BERNARD B. SMYTH (Cal. Bar No. 217741)
  smythb@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  vs.<br><br>AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, INC.; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC; ROBERT J. JESENIK; BRIAN A. OLIVER; and N. SCOTT GILLIS,<br><br>       Defendants. | Case No. 3:16−cv−00438−PK<br><br>CERTIFICATE OF SERVICE VIA EMAIL AND UPS |

CERTIFICATE OF SERVICE

      I, Gem Mil Langit, am a citizen of the United States, over 18 years of age, and am not a party in this action. I hereby certify that on March 11, 2016, I caused the following documents:

**COMPLAINT**
[Docket No. 1]

**CIVIL CASE ASSIGNMENT ORDER**
**DISCOVERY AND PRETRIAL SCHEDULING ORDER**
**FED. R. CIV. P. 26(A)(1) DISCOVERY AGREEMENT**
**CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE AND DESIGNATION OF THE NORMAL APPEAL ROUTE**
**U.S. DISTRICT COURT – OREGON CIVIL CASE MANAGEMENT TIME SCHEDULES**
[Docket No. 3]

**SUMMONS**
[Docket No. 4]

**LIMITED OBJECTION TO STIPULATED ORDER APPOINTING RECEIVER**
[Docket No. 5]


to be served via email and UPS, on the following counsel entitled to notice:


Ivan B. Knauer, Esq.
Pepper Hamilton, LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC  20005-2004
knaueri@pepperlaw.com
<u>Attorney for Defendants</u>
Aequitas Management, LLC;
Aequitas Holdings, LLC;
Aequitas Commercial Finance, Inc.;
Aequitas Capital Management, Inc.;
Aequitas Investment Management, LLC

Marc J. Fagel, Esq.
Gibson Dunn & Crutcher
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921
MFagel@gibsondunn.com
<u>Attorney for Defendant Robert J. Jesenik</u>

Jahan P. Raissi, Esq.
Shartsis Friese LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111
JRaissi@sflaw.com
<u>Attorney for Defendant Brian A. Oliver</u>

W. Douglas Sprague, Esq.
Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
dsprague@cov.com
<u>Attorney for Defendant N. Scott Gillis</u>

                                                  /s/ Gem Mil Langit

                                                  Gem Mil Langit

Certificate of Service                                          Case No.: 3:16−cv−00438−PK