**Keith A. Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
**Jacob S. Gill**, OSB No. 033238
Email: jgill@stollberne.com
**Nadia H. Dahab,** OSB No. 125630
Email:ndahab@stollberne.com
STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**Attorneys For Moving Parties**
[Additional Counsel of Record Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, INC., AEQUITAS CAPITAL MANAGEMENT, INC; AEQUITAS INVESTMENT MANAGEMENT, LLC; ROBERT J. JESENIK; BRIAN A. OLIVER; and N. SCOTT GILLIS,

Defendants.

Case No. 3:16-cv-00438-PK

**UNOPPOSED MOTION FOR ORDER**

**EXPEDITED CONSIDERATION REQUESTED**

Motion

Lawrence Ciuffitelli, Greg and Angela Julien, James and Susan MacDonald, R.F. MacDonald Co., Andrew Nowak, and William Ramstein file this unopposed motion for an order allowing them to file the Class Action Complaint that they provided to the Receiver and to the SEC on March 29, 2016.

The moving parties have conferred with the Receiver and the SEC. **The Receiver and the SEC do not oppose this motion**. The moving parties seek to assert claims that are exclusive to investors. Accordingly, the moving parties' claims would be allowed under the provisions of the [Proposed] Order Appointing Receiver filed by the Securities and Exchange Commission on March 24, 2016 [Dkt. No. 92-1] (the "Receivership Order").

Because the Receiver and the SEC do not oppose this motion, and because the moving parties' claims would not be prohibited by the terms of the Receivership Order, there is no basis to enjoin the filing of the moving parties' claims. On the granting of this motion, the moving parties will withdraw their pending objections to the Receivership Order.

DATED this 4th day of April, 2016.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: /s/Timothy S. DeJong
**Keith A. Ketterling**, OSB No. 913368
**Timothy S. DeJong**, OSB No. 940662
**Jacob S. Gill**, OSB No. 033238
**Nadia H. Dahab,** OSB No. 125630

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: kketterling@stollberne.com
tdejong@stollberne.com
jgill@stollberne.com
ndahab@stollberne.com

-And-

**Steve W. Berman**
**Karl P. Barth**
HAGENS BERMAN SOBOL & SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
karlb@hbsslaw.com

***Attorneys for Moving Parties***

PAGE 2 - **INVESTOR PLAINTIFFS' UNOPPOSED MOTION FOR ORDER**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840