**Troy D. Greenfield,** OSB #892534
Email: tgreenfield@schwabe.com
**Joel A. Parker,** OSB #001633
Email: jparker@schwabe.com
**Jeffrey S. Eden,** OSB #851903
Email: jeden@schwabe.com
**Alex I. Poust,** OSB #925155
Email: apoust@schwabe.com
**Lawrence R. Ream** (Admitted *Pro Hac Vice*)
Email: lream@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Ivan B. Knauer** (Admitted *Pro Hac Vice*)
Email: knaueri@pepperlaw.com
**Brian M. Nichilo** (Admitted *Pro Hac Vice*)
Email: nichilob@pepperlaw.com
Pepper Hamilton, LLP
600 14th Street, NW, Suite 500
Washington, DC  20005
Telephone: 202. 220.1219
Facsimile: 202. 220.1665

Attorneys for the Receiver for Defendants
AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, LLC; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff, | No. 3:16-cv-00438-PK<br><br>NOTICE OF FILING RECEIVER'S REPORT DATED NOVEMBER 10, 2016 |

Page 1 -   NOTICE OF FILING RECEIVER'S REPORT DATED NOVEMBER 10, 2016

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\129912\215141\AP\19416517.1

|  |  |
|---|---|
| v.<br><br>AEQUITAS MANAGEMENT, LLC;<br>AEQUITAS HOLDINGS, LLC;<br>AEQUITAS COMMERCIAL FINANCE, LLC; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC;<br>ROBERT J. JESENIK, BRIAN A. OLIVER; and N. SCOTT GILLIS,<br><br>            Defendants. |  |

Ronald F. Greenspan, the duly appointed Receiver of the entity defendants and 43 related entities, hereby files the attached Report of Ronald F. Greenspan, Receiver, dated November 10, 2016.

Dated this 10th day of November, 2016.

            Respectfully submitted,

            SCHWABE, WILLIAMSON & WYATT, P.C.

            By:    *s/ Alex I. Poust,* OSB #925155
                  Troy D. Greenfield, OSB #892534
                  tgreenfield@schwabe.com
                  Joel A. Parker, OSB #001633
                  jparker@schwabe.com
                  Jeffrey S. Eden, OSB #851903
                  jeden@schwabe.com
                  Alex I. Poust, OSB #925155
                  apoust@schwabe.com
                  Lawrence R. Ream (Admitted *Pro Hac Vice*)
                  lream@schwabe.com
                  Telephone: 503.222.9981
                  Facsimile: 503.796.2900

Page 2 -   NOTICE OF FILING RECEIVER'S REPORT DATED NOVEMBER 10, 2016

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\129912\215141\AP\19416517.1

Ivan B. Knauer (Admitted *Pro Hac Vice*)
knaueri@pepperlaw.com
Brian M. Nichilo (Admitted *Pro Hac Vice)*
nichilob@pepperlaw.com
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Washington, DC 2005
Tel: (202) 220-1665

Attorneys for the Receiver for Defendants Aequitas Management, LLC, Aequitas Holdings, LLC, Aequitas Commercial Finance, LLC, Aequitas Capital Management, Inc., and Aequitas Investment Management, LLC

Page 3 -   NOTICE OF FILING RECEIVER'S REPORT DATED
           NOVEMBER 10, 2016

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\129912\215141\AP\19416517.1