**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Security and Exchange Commission
_____
      **Plaintiff(s),**
v.

Aequitas Management, LLC, et al.
_____
      **Defendant(s).**

**Civil Case No.** 3:16-CV-00438-PK

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Matthew Donald Umhofer requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)    PERSONAL DATA:**

Name: Umhofer, Matthew, D
     *(Last Name)   (First Name)   (MI)   (Suffix)*
Firm or Business Affiliation: Spertus, Landes & Umhofer, LLP
Mailing Address: 1990 S. Bundy Dr. Suite 705
City: Los Angeles    State: CA    Zip: 90025
Phone Number: (310) 826-4700    Fax Number: (310) 826-4711
Business E-mail Address: matthew@spertuslaw.com

---

**(2)    BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):
        California State Bar, 2000, SBN: 206607

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Weider Health & Fitness; Bruce Forman

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 7th day of December, 2016

*(Signature of Pro Hac Counsel)*

Matthew D. Umhofer
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 7th day of December, 2016

/s/ Joseph M. Mabe
*(Signature of Local Counsel)*

Name: Mabe                Joseph
*(Last Name)*       *(First Name)*       *(MI)*       *(Suffix)*

Oregon State Bar Number: 045286
Firm or Business Affiliation: Brownstein Rask
Mailing Address: 1200 SW Main St.
City: Portland        State: OR        Zip: 97205
Phone Number: (503) 412-6744        Business E-mail Address: jmabe@brownsteinrask.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---