JINA CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
  ocallaghans@sec.gov
WADE M. RHYNE (Cal. Bar No. 216799)
  rhynew@sec.gov
BERNARD B. SMYTH (Cal. Bar No. 217741)
  smythb@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, LLC.; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC; ROBERT J. JESENIK; BRIAN A. OLIVER; and N. SCOTT GILLIS,<br><br>　　　　　Defendants. | Case No. 3:16-CV-00438-PK<br><br>PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S JOINDER OF RECEIVER'S OPPOSITION TO ENVISO CAPITAL'S MOTION FOR RELIEF FROM STAY |

Plaintiff Securities and Exchange Commission ("Commission" or "SEC") hereby joins the Receiver's Opposition (Dkt. No. 334) to Enviso Capital's ("Enviso") Motion to Lift Stay (Dkt. No 327).  For the reasons stated by the Receiver, the Court should deny Enviso's motion to lift the stay and its alternative request that the Receiver post a bond.

Dated:  January 4, 2017            Respectfully submitted,


                                            */s/ Wade M. Rhyne*
                                            Bernard B. Smyth
                                            Sheila E. O'Callaghan
                                            Wade M. Rhyne
                                            SECURITIES AND EXCHANGE COMMISSION