IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SECURITIES AND EXCHANGE COMISSION,            No. 3:16-cv-00438-PK

              Plaintiff,            ORDER

       v.

AEQUITAS MANAGEMENT, LLC; AEQUITAS
HOLDINGS, LLC; AEQUITAS COMMERCIAL
FINANCE, LLC; AEQUITAS CAPITAL
MANAGEMENT, INC.; AEQUITAS
INVESTMENT MANAGEMENT, LLC; ROBERT
J. JESENIK; BRIAN A. OLIVER; and N. SCOTT
GILLIS,

            Defendants.


HERNÁNDEZ, District Judge:

     Magistrate Judge Paul Papak issued a Findings and Recommendation [336] on January 9,

2017, in which he recommends that the Court deny Defendant Gillis's Motion to Dismiss [172].

     Because neither party timely filed an objection to the Magistrate Judge's Findings and

Recommendation, I am relieved of my obligation to review the record *de novo*. *United States v.*

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [336]. Accordingly, Defendant Gillis's Motion to Dismiss [172] is DENIED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2017.

MARCO A. HERNÁNDEZ
United States District Judge