IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMISSION, | No. 3:16-cv-00438-PK |
| Plaintiff, | ORDER |
| v. | |
| AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, LLC; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC; ROBERT J. JESENIK; BRIAN A. OLIVER; and N. SCOTT GILLIS, | |
| Defendants. | |

HERNÁNDEZ, District Judge:

Magistrate Judge Paul Papak issued an Opinion & Order [470] on July 7, 2017, ordering that Individual Defendants' Motion for Protective Order [428] be denied. Individual Defendants have timely filed objections [479] to the Opinion & Order. The matter is now before the Court

1 – ORDER

pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(a). When a party objects to a nondispositive matter, "[t]he district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a).

The Court has carefully considered Individual Defendants' objections and concludes that no part of the Opinion & Order was clearly erroneous or contrary to law.

## CONCLUSION

The Court declines to modify or set aside any part of the Opinion & Order [470].

IT IS SO ORDERED.

DATED this 11 day of Dec, 2017.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge