IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMISSION, | No. 3:16-cv-00438-PK |
| Plaintiff, | ORDER |
| v. | |
| AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, LLC; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC; ROBERT J. JESENIK; BRIAN A. OLIVER; and N. SCOTT GILLIS, | |
| Defendants. | |

//

//

//

//

HERNÁNDEZ, District Judge:

Magistrate Judge Paul Papak issued a Findings & Recommendation ("F&R") [564] on December 11, 2017, recommending that the Court deny Weider Health & Fitness and Bruce Forman's (collectively "Weider/Forman") motion for entry of judgment, to certify prior orders for appeal, and to stay prior orders pending appeal [552]. Weider/Forman have timely filed objections [572] to the F&R. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When a party objects to any portion of the Magistrate Judge's F&R the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Weider/Forman's objections and concludes there is no basis to modify the F&R. The Court has also reviewed the pertinent portions of the record *de novo* and finds no errors in the Magistrate Judge's F&R.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's F&R [564], and therefore, Weider/Forman's motion for entry of judgment, to certify prior orders for appeal, and to stay prior orders pending appeal [552] is denied.

IT IS SO ORDERED.

DATED this 14th day of March, 2018.

MARCO A. HERNÁNDEZ
United States District Judge