IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 3:16-cv-00438-JR |
| Plaintiff, | ORDER |
| v. | |
| AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, LLC; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC; ROBERT J. JESENIK; BRIAN A. OLIVER; and N. SCOTT GILLIS, | |
| Defendants. | |

HERNÁNDEZ, District Judge:

      Magistrate Judge Jolie Russo issued a Findings and Recommendation [862] on November 10, 2020, in which she recommends that the Court grant the Receiver's Motion for Order (1) Approving Compromises of Claims, (2) Approving and Authorizing Performance of

1 - ORDER

Settlement Agreements, (3) Entering Claims Bars, and (4) Removing A Receivership Entity and An Extended Entity. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [862]. Accordingly, the Receiver's Motion for Order (1) Approving Compromises of Claims, (2) Approving and Authorizing Performance of Settlement Agreements, (3) Entering Claims Bars, and (4) Removing A Receivership Entity and An Extended Entity [852] is GRANTED.

IT IS SO ORDERED.


DATED:  December 11, 2020  .


_____
MARCO A. HERNÁNDEZ
United States District Judge


2 - ORDER