**Troy D. Greenfield,** OSB #892534
Email: tgreenfield@schwabe.com
**Lawrence R. Ream** (Admitted *Pro Hac Vice*)
Email: lream@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorneys for the Receiver for Defendants
AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, LLC; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, LLC; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC; ROBERT J. JESENIK, BRIAN A. OLIVER; and N. SCOTT GILLIS, <br><br> Defendants. | No. 3:16-cv-00438-JR <br><br> ORDER GRANTING RECEIVER'S REQUEST FOR APPROVAL OF TWENTY-FOURTH INTERIM FEE APPLICATION |

Page 1 -   ORDER GRANTING RECEIVER'S REQUEST FOR APPROVAL OF TWENTY-FOURTH INTERIM FEE APPLICATION

PDX\129912\215141\LRE\33915458.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

This matter having come before the Honorable Jolie Russo on Receiver's Request for Approval of Twenty-Fourth Interim Fee Application (the "Fee Application") [Dkt. 992] and the Court, having given all counsel an opportunity to oppose the Fee Application, and being fully advised in the premises, now, therefore,

THE COURT FINDS as follows:

A. On March 10, 2016, the Securities and Exchange Commission ("SEC") filed a complaint in this Court against the five entity defendants and three individual defendants, Robert J. Jesenik, Brian A. Oliver, and N. Scott Gillis.

B. On March 16, 2016, pursuant to the Stipulated Interim Order Appointing Receiver, the Receiver was appointed as receiver for the Receivership Entity[1] on an interim basis. On April 14, 2016, pursuant to the Order Appointing Receiver, the Receiver was appointed as receiver of the Receivership Entity on a final basis.

C. Due, timely, and adequate notice of the Fee Application was given, and such notice was good, sufficient, and appropriate under the circumstances. No other or further notice of the Fee Application is or shall be required.

D. The Court having reviewed the Fee Application, and having considered any objections filed to the Fee Application, and it appearing that the relief sought in the Fee Application is in the best interest of the Receivership Entity and its estate,

IT IS HEREBY ORDERED AND DECREED as follows.

1. The Fee Application is approved in its entirety, and the Receiver is authorized to immediately pay the interim fees and expenses described therein.

2. All objections to the Fee Application that have not been withdrawn, waived, settled, or expressly reserved pursuant to the terms of this Order are hereby overruled.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Fee Application.

Page 2 -   ORDER GRANTING RECEIVER'S REQUEST FOR APPROVAL OF TWENTY-FOURTH INTERIM FEE APPLICATION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\129912\215141\LRE\33915458.1

      3.      This Court shall retain jurisdiction over any issues relating to the Fee Application and to enforce this Order.

      4.      This Order shall be binding in all respects on the Receiver, all creditors and interest holders of the Receivership Entity, and their successors and assigns.

Dated this 25th day of July, 2022.

      /s/ Jolie A. Russo
United States Magistrate Judge Jolie Russo

SUBMITTED BY:

SCHWABE, WILLIAMSON & WYATT, P.C.

By:   /s/ Troy D. Greenfield
    Troy D. Greenfield, OSB #892534
    tgreenfield@schwabe.com
    Lawrence R. Ream (Admitted *Pro Hac Vice*)
    lream@schwabe.com

    Telephone: 503.222.9981
    Facsimile: 503.796.2900

Page 3 -   ORDER GRANTING RECEIVER'S REQUEST FOR APPROVAL OF TWENTY-FOURTH INTERIM FEE APPLICATION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\129912\215141\LRE\33915458.1