**Christy M. Tobin-Presser**, (Admitted *Pro Hac Vice*)
Email: ctobin@bskd.com
**Lesley Bohleber,** OSB #180098
Email: lbohleber@bskd.com
BUSH KORNFELD LLP
601 Union St, Suite 5000
Seattle, WA 98101
Telephone: (206) 292-2110
Facsimile: (206) 292-2104

*Attorneys for David Stapleton of the*
*Stapleton Group, QSF Trustee*

HONORABLE JOLIE A. RUSSO

UNITED STATES DISTRTICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, LLC; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC; ROBERT J. JESENIK; BRIAN A. OLIVER; and N. SCOTT GILLIS,<br><br>Defendants. | No. 3:16-cv-00438-JR<br><br>**DECLARATION OF DAVID STAPLETON IN SUPPORT OF QSF TRUSTEE'S REQUEST FOR APPROVAL OF SECOND INTERIM FEE APPLICATION FOR THE PERIOD SEPTEMBER 2024 THROUGH MAY 2025** |

I, David Stapleton, declare as follows:

1.    I am the Successor Trustee/Administrator appointed by the Court over the Aequitas Qualified Settlement Fund Irrevocable Trust, and its remaining entities. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if

**DECLARATION OF DAVID STAPLETON IN SUPPORT OF QSF TRUSTEE'S REQUEST FOR APPROVAL OF SECOND INTERIM FEE APPLICATION**

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

jd21pn0168

called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the *Second Interim Fee Application of the Successor Trustee/Administrator* (the "Application"). Unless otherwise defined in this declaration, all terms defined in the Application are incorporated herein by this reference.

2. In the ordinary course of its business, both my firm and I keep a record of all time expended by our professionals and para-professionals in the rendering of professional services on a computerized billing system as follows:  At or near the time the professional services are rendered, we record (a) the description of the nature of the services performed, (b) the duration of the time expended, and (c) the client/matter name or number by either: (1) writing such information on a time sheet, or (2) inputting such information directly into the firm's computer billing system. The firm's computer billing system keeps a record of all time spent on a client/matter, the professional providing the services and a description of the services rendered.  The firm's computer billing system automatically multiplies the time expended by each professional by the respective professional's billing rate to calculate the amount of the fee. The firm conducts its business in reliance on the accuracy of such business records.

3. I have reviewed our bill for services rendered in connection with this case. Attached hereto as **Exhibit A** is the Summary Invoice for the period from September 2, 2024 through May 31, 2025 (the "Application Period"), which summarizes our invoices.

4. It is our normal practice to allocate work and assignments in an efficient manner to achieve an effective result. As demonstrated in the Application, I believe that this practice has been followed in this case.

5. Any time a reimbursable charge is incurred on behalf of a client, such as photocopy expenses, postage charges, and the like, we keep a written record of the file number for which the

**DECLARATION OF DAVID STAPLETON IN SUPPORT OF QSF TRUSTEE'S REQUEST FOR APPROVAL OF SECOND INTERIM FEE APPLICATION**

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

jd21pn0168

charges were expended and a brief description of the nature of the expense. These records are also transcribed into the computer which, together with the records of time spent providing professional services, are transcribed onto monthly bills. The expenses are billed at the actual cost.

6.      I have reviewed the invoices of Bush Kornfeld LLP ("Bush Kornfeld") for the Application Period. I believe the invoices accurately reflect the services Bush Kornfeld perform for the QSF. Attached hereto as **Exhibit B** is a true and accurate copy of the summary invoice for professional services rendered by Bush Kornfeld on behalf of the QSF, for the Application Period, together with the accompanying Certification.

7.      Attached hereto as **Exhibit C** is a true and correct copy of the Standardized Fund Accounting Report for the Application Period.

8.      I have reviewed the Application. To the best of my knowledge, information and belief, the facts set forth in the Application are true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of April, 2026, at Solana Beach, California.

Signed by:

David Stapleton

BCD89138E0764SA...

David Stapleton
Successor Trustee and Administrator
Aequitas Qualified Settlement Fund

**DECLARATION OF DAVID STAPLETON IN SUPPORT OF QSF TRUSTEE'S REQUEST FOR APPROVAL OF SECOND INTERIM FEE APPLICATION**

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

jd21pn0168

# EXHIBIT A

# Aequitas Qualified Settlement Fund
# Staff Expense Details 09/24 thru 05/25

| | Hours | Sept '24 Amt. | Hours | Oct Amt. | Hours | Nov Amt. |
|---|---|---|---|---|---|---|
| Alicia Rodmel | | | 0.50 | 135.00 | | |
| Betsy Landoll | 2.40 | 1,020.00 | 2.10 | 892.50 | 2.00 | 850.00 |
| Blake Hayes | | | 3.10 | 449.50 | | |
| David Stapleton | 0.8 | 452.0 | 0.6 | 339.0 | 1.30 | 734.5 |
| Deborah Burger | 6.3 | 1,858.5 | 1.9 | 560.5 | 2.90 | 855.50 |
| Jake Diiorio | 4.1 | 2,173.0 | 4.7 | 2,491.0 | 4.00 | 2,120.00 |
| Kenton Johnson | 31.5 | 15,277.5 | 21.3 | 10,330.5 | 12.70 | 6,159.50 |
| Michelle Papenfuss | | | | | | |
| Olivia Jones | 8.7 | 3,436.5 | 1.8 | 711.0 | | |
| Sierra Boyer | | | | | | |
| Yenni Liang | 7.6 | 2,470.0 | 4.3 | 1,397.5 | 5.30 | 1,722.5 |
| | | | | | | |
| **Total** | **61.4** | **26,687.5** | **40.3** | **17,306.5** | **28.2** | **12,442.0** |
| | | | | | | |
| Airfare | | | | - | | |
| Copies | | 16.00 | | 9.0 | | 0.8 |
| Fuel | | | | - | | |
| Lodging | | | | - | | |
| Meals | | | | - | | |
| Mileage | | | | 2.0 | | |
| Notary | | | | | | |
| Other | | | | - | | |
| Postage & Correspondence | | 75.90 | | 54.5 | | 0.69 |
| Rent a Car | | | | - | | |
| Transportation | | | | - | | |
| **Total Expenses** | | $ 91.90 | | $ 65.47 | | $ 1.49 |
| | | | | | | |
| **Total fees + Expenses** | | **26,779.40** | | **17,371.97** | | **12,443.49** |
| | | | | | | |
| | | | | | | |
| Accounting & Taxes | 12.4 | 4,577.5 | 7.50 | 2,300.0 | 5.90 | 2,040.5 |
| Asset Analysis & Disposition | 4.2 | 1,893.0 | 2.60 | 1,135.0 | 3.90 | 1,798.5 |
| Case Management | 33.00 | 16,186.00 | 25.80 | 12,026.50 | 13.20 | 6,591.50 |
| General Administration | 6.30 | 1,858.5 | 1.10 | 354.5 | 4.30 | 1,534.5 |
| Reporting | 5.50 | 2,172.50 | 3.30 | 1,490.50 | 0.90 | 477.00 |
| | | | | | | |
| **Total - Categories** | **61.40** | **26,687.50** | **40.30** | **17,306.50** | **28.20** | **12,442.00** |
| **Total Expenses** | | **91.90** | | **65.47** | | **1.49** |
| **Total Catagories and Expenses** | **61.40** | **26,779.40** | **40.30** | **17,371.97** | **28.20** | **12,443.49** |

1

# Aequitas Qualified Settlement Fund
## Staff Expense Details 09/24 thru 05/25

| | Hours | Dec Amt. | Hours | Jan Amt. | Hours | Feb Amt. |
|---|---|---|---|---|---|---|
| Alicia Rodmel | 0.80 | 216.00 | 1.30 | 370.50 | | |
| Betsy Landoll | 2.00 | 850.00 | 3.70 | 1,646.50 | 1.40 | 623.00 |
| Blake Hayes | 0.80 | 116.00 | 2.30 | 345.00 | 2.60 | 390.00 |
| David Stapleton | 1.00 | 565.0 | 1.30 | 773.5 | | |
| Deborah Burger | 2.90 | 855.50 | 1.70 | 527.00 | 0.6 | 186.0 |
| Jake Diiorio | 2.60 | 1,378.00 | 3.30 | 1,831.50 | 2.2 | 1,221.0 |
| Kenton Johnson | 23.30 | 11,300.50 | 17.80 | 9,078.00 | 10.1 | 5,151.0 |
| Michelle Papenfuss | | | | | | |
| Olivia Jones | | | | | | |
| Sierra Boyer | | | | | 0.8 | 228.0 |
| Yenni Liang | 8.40 | 2,730.0 | 10.00 | 3,400.0 | 9.5 | 3,230.0 |
| | | | | | | |
| **Total** | **41.8** | **18,011.0** | **41.4** | **17,972.0** | **27.2** | **11,029.0** |
| | | | | | | |
| Airfare | | | | | | |
| Copies | | 1.1 | | 1.60 | | 0.80 |
| Fuel | | | | | | |
| Lodging | | | | | | |
| Meals | | | | | | |
| Mileage | | | | 14.00 | | 9.80 |
| Notary | | | | | | |
| Other | | | | 300.00 | | |
| Postage & Correspondence | | 3.45 | | 0.69 | | |
| Rent a Car | | | | | | |
| Transportation | | | | | | |
| **Total Expenses** | | **$ 4.55** | | **$ 316.29** | | **$ 10.60** |
| | | | | | | |
| **Total fees + Expenses** | | **18,015.55** | | **18,288.29** | | **11,039.60** |
| | | | | | | |
| | | | | | | |
| Accounting & Taxes | 11 | 3,680.5 | 15.4 | 5,218.0 | 15.3 | 5,189.0 |
| Asset Analysis & Disposition | 6.5 | 3,107.5 | 12.6 | 6,185.5 | 1.9 | 878.0 |
| Case Management | 18.1 | 8,836.50 | 9.2 | 4,910.50 | 9.2 | 4,746.00 |
| General Administration | 5.9 | 2,289.0 | 4.2 | 1,658.0 | 0.8 | 216.00 |
| Reporting | 0.3 | 97.50 | | | | |
| | | | | | | |
| **Total - Categories** | **41.80** | **18,011.00** | **41.40** | **17,972.00** | **27.20** | **11,029.00** |
| **Total Expenses** | | **4.55** | | **316.29** | | **10.60** |
| **Total Catagories and Expenses** | **41.80** | **18,015.55** | **41.40** | **18,288.29** | **27.20** | **11,039.60** |

2

# Aequitas Qualified Settlement Fund
# Staff Expense Details 09/24 thru 05/25

| | Hours | March Amt. | Hours | April'25 Amt. | Hours | May'25 Amt. | Total Hours | Total Amt. |
|---|---|---|---|---|---|---|---|---|
| Alicia Rodmel | | | | | | | **2.60** | **721.50** |
| Betsy Landoll | 0.80 | 356.00 | | | | | **14.40** | **6,238.00** |
| Blake Hayes | | | | | 0.00 | - | **8.80** | **1,300.50** |
| David Stapleton | | | | | | | **5.00** | **2,864.00** |
| Deborah Burger | 2.70 | 837.00 | 0.50 | 155.00 | 0.80 | 248.00 | **20.30** | **6,083.00** |
| Jake Diiorio | 4.20 | 2,331.00 | 2.20 | 1,221.00 | 3.90 | 2,164.50 | **31.20** | **16,931.00** |
| Kenton Johnson | 12.90 | 6,579.00 | 11.80 | 6,018.00 | 15.90 | 8,109.00 | **157.30** | **78,003.00** |
| Michelle Papenfuss | | | 26.20 | 10,349.00 | 30.60 | 12,087.00 | **56.80** | **22,436.00** |
| Olivia Jones | | | | | | | **10.50** | **4,147.50** |
| Sierra Boyer | 4.80 | 1,368.00 | 3.30 | 940.50 | | | **8.90** | **2,536.50** |
| Yenni Liang | 5.60 | 1,904.0 | 2.30 | 782.0 | 2.50 | 850.00 | **55.50** | **18,486.00** |
| | | | | | | | - | - |
| | | | | | | | - | - |
| **Total** | **31.0** | **13,375.0** | **46.3** | **19,465.5** | **53.7** | **23,458.50** | **371.30** | **159,747.00** |
| | | | | | | | - | |
| Airfare | | | | | | | - | - |
| Copies | | 1.90 | | 1.50 | | 1.30 | - | **34.00** |
| Fuel | | | | | | | - | - |
| Lodging | | | | | | | - | - |
| Meals | | | | | | | - | - |
| Mileage | | 1.05 | | 2.10 | | | - | **28.96** |
| Notary | | | | | | | - | - |
| Other | | | | | | 27.29 | - | **327.29** |
| Postage & Correspondence | | | | 38.56 | | | - | **173.75** |
| Rent a Car | | | | | | | - | - |
| Transportation | | | | | | | - | - |
| **Total Expenses** | | $ 2.95 | | $ 42.16 | | 28.59 | - | **564.00** |
| | | | | | | | - | - |
| **Total fees + Expenses** | | **13,377.95** | | **19,507.66** | | **23,487.09** | - | **160,311.00** |
| | | | | | | | - | - |
| | | | | | | | - | - |
| | | | | | | | - | - |
| Accounting & Taxes | 13 | 4,347.50 | 17.7 | 6,514.00 | 14.5 | 5,617.50 | **112.70** | **39,484.50** |
| Asset Analysis & Disposition | 5.3 | 2,651.00 | 7.2 | 3,192.50 | 13.4 | 6,337.00 | **57.60** | **27,178.00** |
| Case Management | 11.3 | 5,902.50 | 11.5 | 5,857.00 | 12.7 | 6,367.50 | **144.00** | **71,424.00** |
| General Administration | 1.4 | 474.00 | 9.9 | 3,902.00 | 10.4 | 4,040.00 | **44.30** | **16,326.50** |
| Reporting | | | | | 2.7 | 1,096.50 | **12.70** | **5,334.00** |
| | | | | | | | - | - |
| **Total - Categories** | **31.00** | **13,375.00** | **46.30** | **19,465.50** | **53.70** | **23,458.50** | **371.30** | **159,747.00** |
| **Total Expenses** | | **2.95** | | **42.16** | | **28.59** | - | **564.00** |
| **Total Catagories and Expenses** | **31.00** | **13,377.95** | **46.30** | **19,507.66** | **53.70** | **23,487.09** | **371.30** | **160,311.00** |

# EXHIBIT B

**Christy M. Tobin-Presser**, (Admitted *Pro Hac Vice*)
Email: ctobin@bskd.com
**Lesley Bohleber,** OSB #180098
Email: lbohleber@bskd.com
BUSH KORNFELD LLP
601 Union St, Suite 5000
Seattle, WA 98101
Telephone: (206) 292-2110
Facsimile: (206) 292-2104

*Attorneys for David Stapleton of the*
*Stapleton Group, QSF Trustee*

HONORABLE JOLIE A. RUSSO

UNITED STATES DISTRTICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 3:16-cv-00438-JR |
| Plaintiff, | **CERTIFICATION OF LESLEY BOHLEBER IN SUPPORT OF QSF TRUSTEE'S REQUEST FOR APPROVAL OF SECOND INTERIM FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2024 THROUGH MAY 31, 2025** |
| v. | |
| AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, LLC; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC; ROBERT J. JESENIK; BRIAN A. OLIVER; and N. SCOTT GILLIS, | |
| Defendants. | |

I, Lesley Bohleber, certify as follows:

1. Attached is a true and accurate summary invoice for professional services

rendered and expenses incurred don behalf of the Receivership Estate by Bush Kornfeld LLP

**CERTIFICATION OF LESLEY BOHLEBER**

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ig30n8013k

("Bush Kornfeld") during the period from September 1, 2024, through May 31, 2025 (the "Application Period").

2.    I have reviewed the summary invoice as well as the underlying entries.

3.    To the best of my knowledge, information, and belief, formed after reasonable inquiry, the summary invoice and all fees and expenses therein are true and accurate and comply with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission (the "Billing Instructions").

4.    To the best of my knowledge, information, and belief, formed after reasonable inquiry, all fees contained in the summary invoice are consistent with the rates previously approved by the Court and the Commission Staff, and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

5.    To the best of my knowledge, information and belief formed after reasonable inquiry, Bush Kornfeld has not included any amount for which reimbursement is sought for the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the allowable amounts set forth in the Billing Instructions).

6.    To the best of my knowledge, information, and belief, formed after reasonable inquiry, in seeking reimbursement for a service justifiably purchased or contracted for from a third party, Bush Kornfeld requests reimbursement only for the amount billed to Bush Kornfeld by the third-party vendor and paid to such vendor.

7.    During the Application Period, the following professionals provided services to the QSF Trustee:

**CERTIFICATION OF LESLEY BOHLEBER**

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ig30n8013k

| Name | Title | Rate | Hours | Fees |
|------|-------|------|-------|------|
| Christine M. Tobin-Presser | Partner | $595 | 3.0 | $1,785.00 |
| Lesley Bohleber | Associate | $425 | 12.7 | $5,397.50 |
| **Total** | | | **15.7** | **$7,182.50** |

8.    Bush Kornfeld performed services generally corresponding to two Billing Instruction Categories: Case Administration and Employees.

a.    *Case Administration*

10.4 Hours; Total Fees $4,930.00

Bush Kornfeld conducted periodic status meetings with the QSF Trustee, advised regarding document retention, reviewed and analyzed documents related to the liquidation of assets, and fielded questions from various creditors regarding the status of distributions.

b.    *Asset Disposition*

2.9 Hours; Total Fees $1,232.50

Bush Kornfeld analyzed draft transaction documents and advised the QSF Trustee with respect to the liquidation of assets, including the Portland Seed Fund.

c.    *Asset Analysis and Recovery*

2.4 Hours; Total Fees $1,020.00

Bush Kornfeld analyzed the QSF's position related to its membership shares in the Cana's Feast, LLC and facilitated the liquidation of the asset.

Dated this 22nd day of April 2026

/s/Lesley Bohleber
Lesley Bohleber,
on behalf of Bush Kornfeld LLP

**CERTIFICATION OF LESLEY BOHLEBER**

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ig30n8013k

# BUSH KORNFELD LLP

### Law Offices

**601 Union Street • Suite 5000 • Seattle, Washington 98101-2373**

**Telephone (206) 292-2110 • Facsimile (206) 292-2104 • Website: www.bskd.com**

Summary of Professional Fees by Task for Bush Kornfeld LLP

Stapleton Group as successor Trustee/Administrator of the Aequitas Qualified Settlement Fund Irrevocable Trust (the "QSF"),

Case No. 3:16-cv-00438-JR

For the Period of September 2024 through May 2025

| Case Administration | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Rate** | **Hours** | **Amount** |
| Christine M. Tobin Presser (CMT) | Partner | $595 | 3.0 | $1,785.00 |
| Lesley D. Bohleber (LDB) | Associate | $425 | 7.4 | $3,145.00 |
| | | | | |
| **Totals** | | | **10.4** | **$4,930.00** |

| Asset Disposition | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Rate** | **Hours** | **Amount** |
| Lesley D. Bohleber (LDB) | Associate | $425 | 2.9 | $1,232.50 |
| | | | | |
| **Totals** | | | **2.9** | **$1,232.50** |

| Asset Analysis and Recovery | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Rate** | **Hours** | **Amount** |
| Lesley D. Bohleber (LDB) | Associate | $425 | 2.4 | $1,020.00 |
| | | | | |
| **Totals** | | | **2.4** | **$1,020.00** |

| **Total Fees** | | | **15.7** | **$7,182.50** |
|---|---|---|---|---|

| Expense Type | Quantity | Rate | Amount |
|---|---|---|---|
| Copy and Mailing Charges | 1 | $152.94 | $152.94 |
| | | | |
| **Totals** | | | **$152.94** |

ig30nc01wq

# EXHIBIT C

**Standardized Fund Accounting Report for
the Consolidated Aequitas Qualified Settlement Fund Irrevocable Trust Entities** - Cash Basis
Reporting Period 09/01/2024 to 05/31/2025

| | | Subcategory | Detail | Subtotal | Grand Total |
|---|---|---|---|---|---|
| **FUND ACCOUNTING:** | | | | | |
| Line 1 | *Beginning Balance (As of 9/01/2024):* | | | | 3,074,978.75 |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | **Business Income** | - | - | - | |
| Line 3 | **Cash and Securities** | - | - | - | |
| Line 4 | **Interest/Dividend Income** | 24,463.11 | 24,463.11 | 24,463.11 | |
| Line 5 | **Business Asset Liquidation** | 75,000.00 | 130,709.18 | 130,709.18 | |
| | Collections: | | | | |
| | Campus Student Funding, LLC | 55,709.18 | | | |
| Line 6 | **Personal Asset Liquidation** | - | - | - | |
| Line 7 | **Third-Party Litigation Income** | 125,000.00 | 125,000.00 | 125,000.00 | |
| Line 8 | **Miscellaneous - Other** | 428.00 | 428.00 | 428.00 | |
| | Total Funds Available (Lines 1 - 8): | | | 280,600.29 | 3,355,579.04 |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | **Disbursements to Claimants** | - | - | - | - |
| Line 10 | **Disbursements for Trustee Operations** | | | | |
| Line 10a | *Disbursements to Sucessor Trustee or Other Professionals* | - | 185,185.95 | | |
| | Successor Trustee / Stapleton Group | 164,961.76 | | | |
| | Legal Advisers | 9,117.60 | | | |
| | Tax Advisers | 2,640.00 | | | |
| | Fomer Receiver and Legal Advisors | 8,466.59 | | | |
| Line 10b | *Business Asset Expenses* | - | 320,025.50 | | |
| | Servicing Fees | 15,328.14 | | | |
| | IT Expenses | 64,260.98 | | | |
| | Employee Payroll/Benefit Expenses | 238,824.70 | | | |
| | Miscellaneous | 1,611.68 | | | |
| Line 10c | *Personal Asset Expenses* | - | - | | |
| Line 10d | *Investment Expenses* | - | 7,779.99 | | |
| | Banking Fees | 7,779.99 | | | |
| Line 10e | *Third-Party Litigation Expenses* | - | | | |
| | Total Third-Party Litigation Expenses | | - | | |
| Line 10f | *Tax Administrator Fees and Bonds* | - | - | | |
| Line10g | *Federal and State Tax Payments* | 6,250.00 | 6,250.00 | | |
| | **Total Disbursements for Receivership Operations** | | | 519,241.44 | 519,241.44 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| Line 11a | *Distribution Plan Development Expenses* | - | | | |
| | Total Plan Development Expenses | | - | | |
| Line 11b | *Distribution Plan Implementation Expenses* | - | | | |
| | Total Plan Implementation Expenses | | - | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | - | - |
| Line 12 | **Disbursements to Court/Other:** | | - | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | - | | | |
| Line 12b | *Federal Tax Payments* | - | | | |
| | **Total Disbursements to Court/Other:** | | | - | - |
| | Total Funds Disbursed (Lines 9 - 12): | | | | 519,241.44 |
| Line 13 | **Ending Balance (As of 05/31/2025):** | | | | 2,836,337.60 |