**Christy M. Tobin-Presser**, (Admitted *Pro Hac Vice*)
Email: ctobin@bskd.com
**Lesley Bohleber,** OSB #180098
Email: lbohleber@bskd.com
BUSH KORNFELD LLP
601 Union St, Suite 4630
Seattle, WA 98101
Telephone: (206) 292-2110
Facsimile: (206) 292-2104

*Attorneys for David Stapleton of the Stapleton Group, QSF Trustee*

HONORABLE JOLIE A. RUSSO

UNITED STATES DISTRTICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, LLC; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC; ROBERT J. JESENIK; BRIAN A. OLIVER; and N. SCOTT GILLIS,<br><br>Defendants. | No. 3:16-cv-00438-JR<br><br>**NOTICE OF FILING OF QSF TRUSTEE'S REPORT FOR THE PERIOD JUNE 2025 THROUGH JUNE 2026** |

David Stapleton, the duly appointed Successor Trustee/Administrator appointed by the Court over the Aequitas Qualified Settlement Fund Irrevocable Trust (the "QSF"), and its remaining entities, hereby files (1) the attached Report of Financial Condition and Activities Completed from June 1, 2025, through June 30, 2026 (the "Reporting Period"); (2) the Balance

Sheet as of June 30, 2026; (3) the Profit and Loss Statements for 2025 and for January 1 through June 30, 2026; and (4) the accompanying Standardized Fund Accounting Reports for the QSF for the Reporting Period.

DATED this 17th day of November, 2026.

BUSH KORNFELD LLP

By /s/Lesley Bohleber
Christine M. Tobin-Presser, WSBA #27628
(admitted *pro hac vice)*
Lesley Bohleber, OSB #180098
*Attorneys for David Stapleton of the Stapleton Group, QSF Trustee*



BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**David Stapleton**
**Successor Trustee and Administrator of the**
**Aequitas Qualified Settlement Fund Irrevocable Trust**
**Third Report of Financial Condition and Activities**
**Completed from June 1, 2025 Through June 30, 2026**

This is the third report of David Stapleton, the Successor Trustee and Administrator ("Trustee") of the Aequitas Qualified Settlement Fund Irrevocable Trust ("QSF"). The report will discuss the actions and activities of the Trustee that continued after his first two reports, and generally covers the period beginning June 1, 2025, and ending June 30, 2026.

For ease of income and expense continuity the financial reports included and discussed are the 12 months of 2025 and the six months of 2026.

The report attachments include a merged accrual basis balance sheet of the QSF and one remaining disregarded entity, Campus Student Funding, LLC ("CSF"), and an accrual basis income and expense report. June 30, 2026 accrued liabilities of $275,875.68 are mostly expenses recorded as Professional Services (Legal) owing to the Successor Trustee and are currently pending District Court approval. Most other expenses, including Consulting payments to Aequitas retained contractors, are operating expenses of the Qualified Settlement Fund and were paid during the reporting period.

The Trustee has also prepared and attached cash-based Standardized Fund Accounting Reports (SFAR). The SFAR documents the cash receipts and the cash disbursements of the Qualified Settlement Fund. The cash disbursements include payments to the Trustee and his advisors that were made after the District Court approved the Trustee's second report. The SFAR also includes the operating expenses of the Qualified Settlement Fund that were paid during the reporting period.

The ending cash balances as of December 31, 2025 and June 30, 2026 on the accrual basis balance sheet and the SFAR are exactly the same. The SFAR is a more detailed presentation of the cash receipts and disbursements. The accrual basis income and expense report includes accrued but uncollected income and accrued but unpaid expenses.

**Actions and Activities of the Trustee from June 1, 2025**

The Trustee in his Second Report May 31, 2025 concluded the Accounts Receivable and Stock assets were impaired and subject to a Collection Reserve of $1,189,507. During the 13 months beginning June 1, 2025, and ending June 30, 2026, the Trustee completed reviewing the financial, operating, and collectability details of the remaining assets.

The Trustee determined all non-cash assets, except deposits of $20,000, are currently not collectible and may be only partially collectible after initiating collection litigation in the District Court. Some recovery at reduced amounts of book value may be achieved with extensive and long-term aggressive collection activity and successful litigation. Such activity is not appropriate for the current status of the Qualified Settlement Fund.

The Trustee increased the Collection Reserve at December 31, 2025 and at June 30, 2026 which reduced the value of all non-cash assets, except deposits of $20,000, to zero. The total Reserves of $1,411,379.16 as of June 30, 2026 are deducted in the Net Income portion of the Equity section of the balance sheet.

The Trustee is assembling information materials and documents to provide information and details of the non-cash assets. The Trustee will market these assets to judgment buyers, collection firms, and remnant asset buyers in December 2026 and January 2027. Assets not sold to others will be abandoned.

QSF receivables and investments, and the actions and evaluations related to them, are fully described on pages 3-5. They include Settlement Agreements with investment "net winners" who received more dividends from the pre-receivership entities than their cash investment, a long-held note receivable, and a long-held stock investment. The Trustee's discussions include commentary on investigations and the current no-asset-valuation conclusions.

The results of current cash receipts and disbursements are presented and discussed. This report will discuss the Trustee's planned final distribution to the Defrauded Investors (as defined by the terms of the Receivership Distribution Plan) in the first quarter of 2027. The Trustee intends to complete and terminate the QSF as soon as possible, with a target date of March 31, 2027.

**Discussion of Financial Data and Operating Activity**

The Trustee prepared and has attached December 31, 2025 and June 30, 2026, consolidated balance sheet of the QSF and remaining entity. Also attached is the accrual basis income and expense report for January through December 2025 and January 2026 through June 2026.

Income and Expense

Total recorded income of $99,793.11 was for the 12 months January through December 2025 and recorded income of $40,898.52 was for the six months January 2026 through June 2026.

Total expenses were $510,906.32 for the 12 months of 2025 and $211,307.28 for the six months of 2026. Most of the expenses were a combination of accrued and paid Trustee fees of $374,883.29 and paid Aequitas retained contractor fees of $236,192.30.

The accrual-based accounting system reports negative income of $358,101.17 for the 12 months of 2025 reporting period and negative income of $158,433.04 for the six months of 2026. Negative income for the prior nine month reporting period was $365,293. The Trustee continues to monitor and control expenses wherever possible.

**Assets and Liabilities of the QSF**

The balance sheet as of June 30, 2026 has total assets of $2.73 million. Assets include cash of $2.71 million and Deposits of $20,000. Receivables and stock investments are reduced to zero by a collectability reserve of $1,411,379.

Liabilities are accounts payable and accrued expenses totaling $366,784. The QSF net equity on June 30, 20256 is $2.36 million. A significant recovery in the third quarter is discussed later.

In the August 31, 2024 first report the Trustee commented that the reported net equity of $5.75 million would be subject to change based on known required accounting adjustments for discontinued subsidiaries and potential write-offs related to receivables and other assets.

As listed above, and further discussed in the following text, the staff of the Trustee has completed extensive collection activity and recovery analysis. The Trustee has determined that the expected liquidation value of the receivables and other assets that total $1.41 million is fully extinguished by the Collectability Reserve of $1.41 million.

**Unexpected Significant Recovery**

On September 11, 2026, after the current reporting period, the bankruptcy trustee of Corinthian Distribution Trust, an Aequitas entity, concluded a bankruptcy action filed in 2016. The Trustee forwarded a first and final claim distribution of $1,427,559.72. The distribution was 2.9% of the original claim of $49,226,197.

**The following text discusses the condition and values of the receivables and other assets.**

Settlements Receivable $1.284 million

This receivable amount consists of eight settlements reached with "net winners," pre-receivership investors who received distributions more than their original investment at the expense of other later defrauded investors. Settlement amounts range from $41,000 to $223,000, with the exception of one settlement with outstanding balance of$958,247. The status of the collection on the seven smaller settlement agreements are described as follows:

1. Three obligors with settlements totaling $50,000 in the aggregate have not made payments on the balances for more than two years. The obligors on these settlements consistently claim no ability to pay due to financial difficulties and/or medical issues.
2. One settlement for $100,000 is fully contingent upon the obligor successfully litigating and collecting specific pending legal actions. The obligor's attorney reports the obligor has not had any litigation success.
3. Two obligors with settlement balances of $41,414 and $175,000 have not made any payments pursuant to the settlement agreement. The Trustee has been unable to locate or contact the obligors, and location agency efforts have not been successful.
4. One obligor with a settlement balance of $223,258 lives in England and does not respond to payment demands.

The Trustee's staff has aggressively pursued the obligor with a settlement balance of $958,247. The settlement agreement was completed in 2022 and documented with a payment schedule of $200,000 due December 2022 and $200,000 due December 2023. The settlement agreement does not include an additional payment schedule. The obligor has not made any payments despite the Trustee's efforts.

The Trustee's staff completed several meetings with the obligor and his attorney and requested and received updated financial information and income tax returns. As earlier reports stated, there are large pre-existing six-figure income tax liens on his residence, which was pledged to the QSF as collateral. These IRS liens effectively eliminated any equity against the confirmed market value.

The property is also subject to other recorded liens and claims. Property title searches on the obligor do not reveal or locate any additional owned real property.

Financial statement documents confirm the obligor has numerous unsecured loans to individuals and financial institutions totaling more than $1.0 million.

In December 2025 the Trustee's staff forwarded a written demand to the obligor and his attorney that he immediately began to pay $10,000 a month on his settlement judgement. Earlier this year his attorney replied the IRS refused to allow the obligor to pay any other creditor. The Trustee has determined legal action would not produce any benefit because of the superior IRS judgments and property liens. There is no possibility of any recovery in the immediate future.

<u>Work America note receivable $250,000</u>
The Work America note receivable was created before the 2016 Receivership. The prior Receiver evaluated the details of a note swap arrangement with no cash distribution and no further updates from the payor of the note. In 2018 the Receiver determined there was no anticipated recovery, and the note was written off in the tax records, but not in the financial records.

Previous reports stated the staff of the Trustee had not located any information about the location or contact details for the debtor on the promissory note document. Recent additional attempts to identify contact information for the debtor have not been successful.

<u>Investment in CPYT Stock $127,139</u>
The Receivership received 111,573 shares of class A Common Stock in CarePayment Technologies Inc. (CPYT), titled in the name of Aequitas Commercial Finance, LLC as part of a settlement with a former Aequitas officer. The carried value appears to be the amount of the settlement agreement.

Previously the Trustee reported the former Receiver's records did not have any recent details or financial information about the Company. The Trustee's staff has researched available public information and confirmed that CPYT is a public company located in Nashville Tennessee, providing financing for medical receivables for both patients and providers. The available information states there are 24.7 million CPYT shares outstanding, and only 500 shares were traded in the last 12 months. 111,573 shares are less than 1.0% (.45%) of total shares outstanding. There is no publicly posted financial information about the company other than what appears to be a 2012 report describing losses of $11.0 million. Company officers will not provide any additional financial information. The company declined to repurchase the stock for any amount greater than the market price.

One document shows that the posted bid and ask share price for CPYT stock has consistently been between .0001 and .0003 cents per share since 2023. Recent price quotes are .0001 cents per share. The last reported trading price of 500 shares in April 2025 was at .0003 cents per share. The next prior trade was 500 shares at .0003 cents in September 2023. The posted prices and the trading price indicate the 111,573 shares of Class A Common Stock have a value of either $33.47 or $11.16. The Trustee has established a 100% reserve for collectability.

**General Summary**

The Trustee has filed three Fee Applications. The first two were approved by the District Court and the third is pending.

The second Fee Application covered nine months of invoices. The third Fee Application covers 13 months of invoices. The monthly billing rate has increased modestly as final asset and settlement fund tasks require more time and greater use of senior personnel. As described earlier the Trustee continues to monitor and control expenses wherever possible. Negative income for reporting periods continues to decrease.

The QSF Trustee's staff is now preparing the mechanics and software to complete a final consumer distribution in the first quarter of 2027. The Trustee will analyze and retain sufficient funds to pay all final expenses including distribution expenses and final tax returns. The Trustee will distribute the remaining amount to consumers. Any small surplus remaining after all required closing activities are completed will be forwarded to the Securities and Exchange Commission.

David Stapleton
/s/ David Stapleton
Successor Trustee
and Administrator of the
Aequitas Qualified Settlement Fund Irrevocable Trust

# Aequitas Qualified Settlement Fund Irrevocable

## Balance Sheet

### - Consolidated Report

| Account | Dec 31, 2025 Total | June 30, 2026 Total |
|---|---|---|
| **Assets** | | |
| Current Assets | | |
| Bank Accounts | | |
| Cash - QSF - AXOS Main -0016 | 63,360.56 | 18,009.13 |
| Cash - QSF - AXOS Settlement -0024 | 196,139.78 | 246,145.55 |
| Cash - QSF - US Bank -6402 | 2,114,758.41 | 1,985,153.47 |
| Cash - APEX - 0213 | 10,961.39 | 10,961.39 |
| Cash - CSF - US Bank -3847 | 424,894.22 | 445,309.43 |
| **Total for Bank Accounts** | **$2,810,114.36** | **$2,705,578.97** |
| Accounts Receivable | | |
| Settlements Receivable | 878,284.65 | 828,284.65 |
| *Reserve for Collectability* | *-878,284.65* | *-828,284.65* |
| Settlement Interest Receivable | 185,240.64 | 205,954.81 |
| *Reserve for Collectability* | *-185,240.64* | *-205,954.81* |
| NR - OP - WorkAmerica Holdings Inc. | 250,001.00 | 250,001.00 |
| *Reserve for Collectability* | *-250,001.00* | *-250,001.00* |
| **Total for Accounts Receivable** | **$0.00** | **$0.00** |
| **Total for Current Assets** | **$2,810,114.36** | **$2,705,578.97** |
| Other Assets | | |
| Investment in CPYT Stock | 127,138.70 | 127,138.70 |
| *Reserve for Collectability* | *-127,138.70* | *-127,138.70* |
| Deposits | 20,000.00 | 20,000.00 |
| **Total for Other Assets** | **$20,000.00** | **$20,000.00** |
| **Total for Assets** | **$2,830,114.36** | **$2,725,578.97** |

| | | |
|---|---|---|
| **Liabilities and Equity** | | |
| Liabilities | | |
| Accounts Payable (A/P) | 50,756.53 | 90,908.53 |
| **Total for Accounts Payable** | **$50,756.53** | **$90,908.53** |
| Other Current Liabilities | | |
| Accrued Liabilities | 291,415.86 | 275,875.68 |
| **Total for Other Current Liabilities** | **$291,415.86** | **$275,875.68** |
| **Total for Liabilities** | **$342,172.39** | **$366,784.21** |
| Equity | | |
| Retained Earnings | -5,650,425.69 | -6,064,888.17 |
| Net Income | -358,101.17 | -158,433.04 |
| *Less Reserves* | *-1,440,664.99* | *-1,411,379.16* |
| Claimants Equity Funding | | |
| Funds Transferred In | 9,937,133.82 | 9,993,495.13 |
| **Total for Claimants Equity Funding** | **$9,937,133.82** | **$9,993,495.13** |
| **Total for Equity** | **$2,487,941.97** | **$2,358,794.76** |
| **Total for Liabilities and Equity** | **$2,830,114.36** | **$2,725,578.97** |

The financial information contained in this report has been prepared for management and is not presented in accordance with U.S. Generally Accepted Accounting Principles (GAAP). These materials should not be relied upon as a substitute for audited financial statements prepared in accordance with GAAP.

# Profit and Loss

## Aequitas Qualified Settlement Fund Irrevocable Trust - All QSF Entities

### January-December, 2025

| | QSF Total | CSF Total | Total |
|---|---|---|---|
| Income | | | |
| 10400-00-000-48100 Settlement Income | 41,771.67 | | 41,771.67 |
| 10540-00-000-48102 Gain/Loss on CSF Cash Flow - CSF | | 58,021.44 | 58,021.44 |
| **Total for Income** | **41,771.67** | **58,021.44** | **$99,793.11** |
| **Gross Profit** | | | **$99,793.11** |
| Expenses | | | |
| 10400-00-000-64040 Liability Insurance | 3,537.30 | | 3,537.30 |
| 10400-00-000-64090 Workers Comp Insurance | -428.00 | | -428.00 |
| 10400-00-000-66000 Office Expense (Facilities) | 5,025.67 | | 5,025.67 |
| 10400-00-000-66020 Postage/Delivery | 24.14 | | 24.14 |
| 10400-00-000-66050 Telecom (IT) | 48.75 | | 48.75 |
| 10400-00-000-66060 Network (IT) | 33,082.06 | | 33,082.06 |
| 10400-00-000-66120 Software Licenses | 3,532.50 | | 3,532.50 |
| 10400-00-000-66500 Dues & Subscriptions Expense | 4,350.79 | | 4,350.79 |
| 10400-00-000-66510 Licenses & Fees Expense | 1,110.00 | | 1,110.00 |
| 10400-00-000-66550 Bank Fees | 10,280.73 | | 10,280.73 |
| 10400-00-000-68520 Professional Services (Legal) | 218,746.43 | | 218,746.43 |
| 10400-00-000-68533 Consulting | 197,959.90 | | 197,959.90 |
| 10400-00-000-80030 State Tax | 3,650.00 | | 3,650.00 |
| 10540-00-000-66550 Bank Fees - CSF | | -40.00 | -40.00 |
| 10540-00-000-67800 Service Fee Expense - CSF | | 6,154.05 | 6,154.05 |
| Professional Fees | | | |
| 10400-00-000-68510 Accounting | 23,872.00 | | 23,872.00 |
| **Total for Professional Fees** | **$23,872.00** | **$0.00** | **$23,872.00** |
| **Total for Expenses** | **$504,792.27** | **$6,114.05** | **$510,906.32** |
| **Net Operating Income** | **-$463,020.60** | **$51,907.39** | **-$411,113.21** |
| Other Income | | | |
| 10400-00-000-48000 Gain/Loss on Asset Disposal | 24,949.43 | | 24,949.43 |
| Interest Income | 0.00 | | |
| 10400-00-000-40004 Interest Income Other | 23,608.69 | | 23,608.69 |
| 10540-00-000-40004 Miscellaneous - CSF | | 4,453.92 | 4,453.92 |
| **Total for Interest Income** | **$23,608.69** | **$4,453.92** | **$28,062.61** |
| **Total for Other Income** | **$48,558.12** | **$4,453.92** | **$53,012.04** |
| **Net Other Income** | **$48,558.12** | **$4,453.92** | **$53,012.04** |
| **Net Income** | **-$414,462.48** | **$56,361.31** | **-$358,101.17** |

# Aequitas Qualified Settlement Fund Irrevocable Trust
## Profit and Loss
### January-June, 2026

| | QSF Total | CSF Total | Total |
|---|---|---|---|
| Income | | | |
| 10400-00-000-48100 Settlement Income | 20,714.17 | 0 | 20,714.17 |
| 10540-00-000-48102 Gain/Loss on CSF Cash Flow - CSF | 0 | 20,184.35 | 20,184.35 |
| **Total for Income** | **$20,714.17** | **$20,184.35** | **$40,898.52** |
| **Gross Profit** | **$20,714.17** | **$20,184.35** | **$40,898.52** |
| Expenses | | | |
| 10400-00-000-64040 Liability Insurance | 1,506.65 | 0 | 1,506.65 |
| 10400-00-000-66000 Office Expense (Facilities) | 3,305.72 | 0 | 3,305.72 |
| 10400-00-000-66060 Network (IT) | 2,711.62 | 0 | 2,711.62 |
| 10400-00-000-66120 Software Licenses | 195.69 | 0 | 195.69 |
| 10400-00-000-66500 Dues & Subscriptions Expense | 809.81 | 0 | 809.81 |
| 10400-00-000-66550 Bank Fees | 5,252.59 | 0 | 5,252.59 |
| 10400-00-000-68520 Professional Services (Legal) | 156,136.86 | 0 | 156,136.86 |
| 10400-00-000-68533 Consulting | 38,232.40 | 0 | 38,232.40 |
| 10400-00-000-80030 State Tax | 949.79 | 0 | 949.79 |
| 10540-00-000-67800 Service Fee Expense - CSF | 0 | 2,206.15 | 2,206.15 |
| **Total for Expenses** | **$209,101.13** | **$2,206.15** | **$211,307.28** |
| **Net Operating Income** | **-$188,386.96** | **$17,978.20** | **-$170,408.76** |
| Other Income | | | |
| Interest Income | | | |
| 10400-00-000-40004 Interest Income Other | 9,903.96 | 0 | 9,903.96 |
| 10540-00-000-40004 Miscellaneous - CSF | 0 | 2,071.76 | 2,071.76 |
| **Total for Interest Income** | **$9,903.96** | **$2,071.76** | **$11,975.72** |
| **Total for Other Income** | **$9,903.96** | **$2,071.76** | **$11,975.72** |
| **Net Other Income** | **$9,903.96** | **$2,071.76** | **$11,975.72** |
| **Net Income** | **-$178,483.00** | **$20,049.96** | **-$158,433.04** |

Standardized Fund Accounting Report for
Consolidated Aequitas Qualified Settlement Fund Irrevocable Trust Entities -Cash Basis

Reporting Period: 06/ 01/ 2025 to *12/ 31/ 2025*

| Line | Item Description | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| 1 | **Beginning Balance** *(As of 06/01/2025)* | | | $ 2,836,377.60 |
| | | | | |
| | **Increases in Fund Balance:** | | | |
| 2 | Business Income / Receipts | | | |
| 3 | Cash and Securities Restitution / Settlements | $ | | |
| 4 | Interest / Dividend Income | $ | $ 28,062.61 | |
| 5 | Business Asset Liquidation / Sales | $ | $ 58,021.44 | |
| | Personal Asset Liquidation / Sales | | $ 24,949.43 | |
| 6 | Third-Party Realizations | $ | $ 41,771.67 | |
| 7 | Clawback Recoveries | $ | | |
| 8 | Miscellaneous / Other Increases | $ | | |
| **9** | **Total Increases (Sum of Lines 2 through 8)** | | **$ 152,805.15** | **$ 152,805.15** |
| | | | | |
| | **Decreases in Fund Balance:** | | | |
| 10a | Disbursements to Receiver / Professionals | $ | $ 18,746.43 | |
| 10b | Disbursements to Employee Contractors | $ | $ 97,959.90 | |
| 11a | IT Expenses | $ | $ 27,075.35 | |
| 11b | Servicing Fees | $ | $ 13,148.10 | |
| 12 | Banking Fees | $ | $ 10,280.74 | |
| 13 | Insurance and Office | $ | $ 8,207.87 | |
| 14 | Investment / Brokerage Losses | $ | | |
| 15 | Taxes Paid | $ | $ 3,650.00 | |
| 16 | Miscellaneous / Other Decreases | $ | | |
| **17** | **Total Decreases (Sum of Lines 10a through 16)** | | **$ 179,068.39** | **$ 179,068.39** |
| | | | | |
| **18** | **Ending Balance As of 12/31/2025** | | | **$ 2,810,114.36** |

Standardized Fund Accounting Report for
Consolidated Aequitas Qualified Settlement Fund Irrevocable Trust Entities -Cash Basis

Reporting Period: 12/ 31/ 2025 to 06/ *30/ 2026*

| Line | Item Description | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| 1 | **Beginning Balance** *(As of 12/31/2025)* | | | $ 2,810,114.36 |
| | **Increases in Fund Balance:** | | | |
| 2 | Business Income / Receipts | | | |
| 3 | Cash and Securities Restitution / Settlements | $ | 20,714.17 | |
| 4 | Interest / Dividend Income | $ | $ 11,975.72 | |
| 5 | Business Asset Liquidation / Sales | $ | | |
| | Personal Asset Liquidation / Sales | | 20,184.35 | |
| 6 | Third-Party Realizations | $ | | |
| 7 | Clawback Recoveries | $ | | |
| 8 | Miscellaneous / Other Increases | $ | | |
| 9 | **Total Increases (Sum of Lines 2 through 8)** | | **$ 52,874.24** | **$ 52,874.24** |
| | **Decreases in Fund Balance:** | | | |
| 10a | Disbursements to Professionals | | $102,239.41 | |
| 10b | Disbursements to Employee Contractors | | $38,232.40 | |
| 11a | IT Expenses | | $ 2,907.31 | |
| 11b | Servicing Fees | | $ 2,206.15 | |
| 12 | Banking Fees | | $ 5,252.59 | |
| 13 | Insurance and Office | | $ 5,622.18 | |
| 14 | Investment / Brokerage Losses | | $ | |
| 15 | Taxes Paid | | $ 949.79 | |
| 16 | Miscellaneous / Other Decreases | | $ | |
| 17 | **Total Decreases (Sum of Lines 10a through 16)** | | $157,409.83 | **$ 157,409.83** |
| 18 | **Ending Balance As of 06/30/2026** | | | **$ 2,705,578.77** |